UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| MICHAEL D. ROBINSON, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | NO. 1:16-cv-00095 |
| SEAN BRANTLEY, *et. al*, | ) ) ) | JUDGE CRENSHAW |
| Defendants. | ) | |

### ORDER

Pending before the Court is a Report and Recommendation of the Magistrate Judge, to which no timely objections have been filed. (Doc. No. 14.) The Court has reviewed the Report and Recommendation and conducted a de novo review of the record. The Report and Recommendation is **ADOPTED as modified**.

Accordingly, Plaintiff's Motion for Injunction Relief Hearing (Doc. No. 10), construed only as a motion for a Temporary Restraining Order because it was filed without service to Defendants under Federal Rule of Civil Procedure 65(b), is **DENIED**. The denial is without prejudice to Plaintiff filing a motion for a preliminary injunction after he serves Defendants, under Federal Rule of Civil Procedure 65(a).

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE