# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# COLUMBIA DIVISION

| | |
|---|---|
| MICHAEL D. ROBINSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | NO. 1:16-cv-00095 |
| v. ) | |
| ) | JUDGE CAMPBELL |
| SEAN BRANTLEY, ) | MAGISTRATE JUDGE |
| ) | BROWN |
| Defendant. ) | |

## ORDER

The Court having been advised that this action has been settled, the action is dismissed without prejudice to the right, upon good cause shown within forty-five (45) days, to reopen the action if the settlement is not consummated. Within this forty-five day period, the parties may submit a proposed agreed order of compromise and dismissal.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE